# U.S. Department of Justice



ENTERED
LODGED ___ RECEIVED

AUG 9 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                      DEPUTY

United States Attorney
District of Maryland
Northern Division

---

*Lynne A. Battaglia*
*United States Attorney*

*Roann Nichols*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4827
FAX 410-962-2310
Roann.Nichols@usdoj.gov

July 28, 2000

The Honorable William M. Nickerson
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   U.S. ex rel. Van Horn v. Brown & Shaver, et al.,
      Civil Action No. WMN-98-3744
      U.S. ex rel. Leckrone v. Brown & Shaver, et al.,
      Civil Action No. WMN-98-3745

Dear Judge Nickerson:

I write in response to the Court's July 20 letter order.

When the government intervenes in a qui tam action under the False Claims Act, or declines to intervene, the seal is lifted and the defendants are served with the Complaint. Typically, we ask that the seal continue as to other pleadings, which usually consist of motions for extensions of time for the government to elect whether to intervene. These motions often contain summaries of the government's investigative activities, which are outlined to the Court for the purpose of showing good cause for the extension. 31 U.S.C. § 3730(b)(3). The seal is necessary to avoid disclosure of the specifics of the investigation to the defendants. We maintain that these investigative efforts should be protected from disclosure by the law enforcement and deliberative process privileges and as attorney work product.

In this case, no motions for extensions of the intervention deadline or other pleadings have been filed since the Complaint. Accordingly, we would submit that it is unnecessary to continue the seal in this particular case.

Hon. William M. Nickerson
July 28, 2000
page two

    Thank you for your consideration.

                          Respectfully,

                          Lynne A. Battaglia
                          United States Attorney

                    By: _____
                          Roann Nichols
                          Assistant United States Attorney

cc: David Mister, Esq.
    Anthony Bartlett, Esq.

IT IS THIS  9th  DAY OF AUGUST, 2000
ORDERED THAT THE SEALS IN THE CAPTIONED
CASES ARE HEREBY LIFTED.

_____
William M. Nickerson
United States District Judge