IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 17 P 3: 38

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. James T. Van Horn | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil No. WMN-98-3744 |
| | * | |
| RALPH B. BROWN | * | |
| MICHAEL S. SHAVER | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*

ORDER

This Court entered an Order on September 5, 2000, requiring plaintiff to effectuate service of the summonses and complaint upon defendants Ralph B. Brown and Michael S. Shaver within thirty (30) days. The Court file reflects that plaintiff has not effectuated service of the summons and complaint upon **defendant Ralph B. Brown** as required by the prior order of this Court. Therefore, it is, this 17th day of October 2000,

ORDERED

1. That plaintiff show good cause within 10 days of the date of this order why the complaint should not be dismissed as to **defendant Ralph B. Brown**. Failure to do so will result in the dismissal of this defendant, without prejudice.

2. That the Clerk MAIL or TRANSMIT a copy of this Order to counsel of record.

_William Nickerson_
William M. Nickerson
United States District Judge