IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| United States of America c/o <br> United States Attorney <br> *ex rel.* <br> James T. Van Horn <br><br> Plaintiffs <br><br> v. <br><br> Ralph B. Brown, *et al.* <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * Case No. WMN-98-3744 <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the agreement of counsel for plaintiffs and counsel for defendant, Michael S. Shavers, it is this **18th** day of October 2000, hereby

ORDERED, that the time for defendant Michael S. Shaver to file a responsive pleading in the above-captioned case is extended until November 17, 2000.

_____
William M. Nickerson, Judge
U.S. District Court
