IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| ex rel. James T. Van Horn | * | |
| Plaintiff | * | |
| v. | | Civil No. WMN-98-3744 |
| | * | |
| RALPH B. BROWN | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*

ORDER

This Court entered an Order on September 5, 2000, requiring plaintiff to effectuate service of the summons and complaint upon defendant Ralph B. Brown within thirty (30) days. At the end of the 30-day period, there was no record in the Court file that defendant Brown had been served with process. Therefore, on October 17, 2000, the Court issued an Order requiring plaintiff to show good cause within ten (10) days why the complaint should not be dismissed as to defendant Brown.

On October 27, 2000, plaintiff filed its response to this Court's Order to show good cause. In its response, plaintiff is requesting an additional sixty (60) days within which to serve defendant Brown. Following a review of the record in this matter, it is this __3rd__ day of __November__ 2000,

ORDERED:

1. That plaintiff serve defendant Brown with the summons and complaint within __60__ days of the date of this Order. Failure to do so **will** result in the dismissal of this defendant, without prejudice.



2. That the Clerk MAIL or TRANSMIT a copy of this Order to counsel of record.

_____
William M. Nickerson
United States District Judge