IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

United States of America c/o  
United States Attorney  
*ex rel.*  
James T. Van Horn  

    Plaintiffs  

v.                                       Case No. WMN-98-3744

Ralph B. Brown, *et al.*  

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the agreement of counsel for plaintiffs and counsel for defendant, Michael S. Shavers, it is this 21st day of November 2000, hereby

ORDERED, that the time for defendant Michael S. Shaver to file a responsive pleading in the above-captioned case is extended until December 20, 2000.

                                                          William M. Nickerson, Judge  
                                                          U.S. District Court

