IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 JAN 12  P 12: 00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and JAMES T. VAN HORN | * | |
| | * | |
| Plaintiffs | | |
| v. | * | CIVIL NO. WMN-98-3744 |
| | | |
| RALPH B. BROWN, individually and as officer and/or agent of | * | |
| R. B. Brown & Associates. Inc. | * | |
| | | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The court file reflecting that service of process has been effected upon the above named

defendant, and that defendant has not yet filed any response to the Complaint, it is, this _12th_

day of ___January___, 2001,

ORDERED that plaintiffs file and serve by mail on the above named defendant a motion

for entry of default by the Clerk and a motion for default judgment, or provide a report as to why

such motions would be inappropriate, within _10_ days of this order.


_____
William M. Nickerson
United States District Judge