IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :
 ex rel.  JAMES VAN HORN      :
                              :   Civil No. WMN-98-3744
v.                            :
                              :
RALPH B. BROWN, et al.        :

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

UNITED STATES OF AMERICA      :
 ex rel.  JAMES M. LECKRONE   :
                              :   Civil No. WMN-98-3745
v.                            :
                              :
RALPH B. BROWN, et al.        :

**<u>ORDER</u>**

Plaintiffs in the above captioned cases have filed motions to consolidate observing that: these actions arise out of the same set of circumstances; they each have similar interests in the outcome of the cases; and, the pleadings in each case, thus far, have been substantially similar.  No oppositions to the motions to consolidate have been filed and the time for having done so has expired.

Upon consideration of the motions, the Court concludes that it would be in the interest of justice and judicial economy to consolidate these cases for all purposes.  Accordingly, IT IS this 17th day of January, 2001, by the United States District Court for the District of Maryland, ORDERED:

1.   That the Motions to Consolidate filed by Plaintiffs James T. Van Horn and James M. Leckrone, Paper No. 22 (Civil Action No. WMN-98-3744) and Paper No. 18 (Civil Action No. WMN-

98-3745) are hereby GRANTED;

    2.    That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-98-3744, and all future pleadings are to be captioned and filed in that action;

    3.    That all pleadings filed heretofore in Civil Action No. WMN-98-3745 shall be deemed to have been filed in Civil Action No. WMN-98-3744;

    4.    That Civil Action No. WMN-98-3745 is hereby ADMINISTRATIVELY CLOSED; and

    5.    That the Clerk of the Court shall mail or transmit a copy of this Order to all counsel of record.

                                                   _____
                                                   William M. Nickerson
                                                   United States District Judge