IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, :
ex rel. JAMES T. VAN HORN,
et al., :

      Plaintiffs, :

    v. : CIVIL NO. WMN-98-3744

RALPH B. BROWN, et al., :

      Defendants. :

. . . oOo . . .

### STIPULATION OF DISMISSAL

Relators James T. Van Horn and James Leckrone hereby dismiss this action with prejudice in accordance with FRCP 41 and 31 with regard to Defendant, Michael S. Shaver only, U.S.C. § 3730(b)(1). The Attorney General of the United States consents to the dismissal of this action without prejudice as to the United States. The defendant Michael S. Shaver hereby stipulates and consents to this dismissal.

                                       Respectfully submitted,

STEPHEN M. SCHENNING
United States Attorney

By: /s/ Roann Nichols                  /s/ David F. Mister
Roann Nichols                              David F. Mister
Assistant U.S. Attorney           MISTER, WINTER & BARTLETT, LLC
6625 United States Courthouse    30 E. Padonia Road
101 West Lombard Street           Suite 404
Baltimore, Maryland 21201-2692   Timonium, Maryland 21093
410/209-4827                            410/337-8702

Counsel for the United States      Counsel for Relators

_____
Robert J. Lynott
Thomas & Libowitz, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202
410/752-2468

Counsel for Defendant Michael S. Shaver


SO ORDERED THIS ____12th____ DAY OF ____July____, 2001.

_____
William M. Nickerson
United States District Judge