IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JAMES T. VAN HORN, et al. | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN-98-3744 |
| RALPH B. BROWN, et al. | * | |
| | * | |
| Defendants | * | |

*******

## ORDER

The court file reflecting that no paper has been filed for more than nine months, it is, this 10th day of April, 2002,

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

_____
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 1/2000)