IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| ex rel. | | |
| JAMES T. VAN HORN | * | |
| Plaintiffs | * | Case No.: WMN 98-3744 |
| v. | * | |
| RALPH B. BROWN, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Upon consideration of the foregoing Notice of Dismissal, it is this 17th day of July, 2002, hereby

ORDERED, that all remaining claims against Ralph B. Brown in the above-captioned matter are hereby dismissed without prejudice.

William M. Nickerson
United States District Judge

Mr. Clerk: Serve copies on Defendant, Ralph Brown, and Plaintiff's counsel

7